United States District Court
Southern District of Texas

**ENTERED**

April 22, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH W. BENJAMIN, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-00214 |
| THE BANK OF NEW YORK MELLON, ET AL., | § § § | |
| Defendants. | § § | |

**ORDER**

On February 22, 2021, Magistrate Judge Andrew M. Edison entered an Opinion and Order (Dkt. 97), deciding two nondispositive motions. Plaintiff responded by filing an objection (Dkt. 99) and a Motion to Alter or Amend Judgments (Dkt. 99). Judge Edison denied the Motion to Alter or Amend Judgments (Dkt. 103), and Plaintiff has now objected to that denial (Dkts. 104, 105). For nondispositive matters referred to a magistrate judge, the district court must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law. *See* FED. R. CIV. P. 72(a); 28 U.S.C. § 636(b)(1)(A).

Applying this standard, it is **ORDERED** that Plaintiff's objections (Dkts. 99, 104, 105) are **OVERRULED**. In the Court's estimation, Judge Edison's rulings (Dkts. 97, 103) are neither clearly erroneous nor contrary to law.

SIGNED and ENTERED this 22nd day of April 2021.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE