# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

SOCIAL SECURITY
10703 STANCLIFF RD
HOUSTON, TX 77099-9915
Date: March 19, 2013
Claim Number: ███-██-8396
2WW

KENNETH W. BENJAMIN
15823 KUEBEN LANE
MISSOURI CITY, TX 77489-0000

United States Courts Southern
District of Texas
FILED
*September 27, 2021*
Nathan Ochsner, Clerk of Court

Dear KENNETH W. BENJAMIN:

Please complete any items checked on the enclosed form. Then sign the form and return it to us as soon as possible.

**If You Have Questions**

For general information about Social Security we invite you to visit our website at www.socialsecurity.gov on the Internet. For general questions and specific questions about your case, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-591-7734 EXT 15602 and ask for Mrs. W Mays. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY/TDD number 281-776-8848. If you do call or visit an office, please have this letter with you. It will help us answer your questions.

Social Security Administration



1/2