# SOCIAL SECURITY ADMINISTRATION

Refer to: ███-██-8396
KENNETH BENJAMIN
DATE: MARCH 19, 2013

Social Security Office 816
10703 Stancliff Rd
Houston, TX 77099

RETURN BY: APRIL 3, 2013

PHONE: 1-866-591-7734 EXT 15602

## WE WANT TO MAKE SURE THAT OUR RECORD OF YOUR EARNINGS IS CORRECT. OUR RECORD SHOWS:

SUMMARY FICA EARNINGS FOR YEARS REQUESTED

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|---|---|---|---|---|---|---|---|
| 1966 | 310.00 | 1977 | 20525.70 | 1988 | 27029.36 | 1998 | |
| 1967 | 616.00 | 1978 | 17700.00 | 1989 | 35438.81 | 1999 | |
| 1968 | .00 | 1979 | 22900.00 | 1990 | 51300.00 | 2000 | |
| 1969 | 876.14 | 1980 | 39613.03 | 1991 | 53400.00 | 2001 | |
| 1970 | 683.10 | 1981 | 29700.00 | 1992 | 52965.03 | 2002 | |
| 1971 | 2170.86 | 1982 | 32400.00 | 1993 | .00 | 2003 | |
| 1972 | 279.22 | 1983 | 23357.34 | 1994 | * .00 | 2004 * | |
| 1973 | 1209.36 | 1984 | 9139.67 | 1995 | .00 | 2005 | |
| 1974 | 3714.19 | 1985 | 24145.88 | 1996 | .00 | 2006 | |
| 1975 | 14052.28 | 1986 | 25145.80 | 1997 | .00 | 2007 | 40898.0 |
| 1976 | 15864.09 | 1987 | 25984.90 | | | | |

PLEASE INDICATE IF YOU AGREE OR DISAGREE WITH THE AMOUNT(S) POSTED. IF YOU DISAGREE, PLEASE RETURN THIS FORM WITH THE W-2 FORM(S) OR ANY OTHER PROOF OF YOUR EARNINGS FOR THE YEAR(S) IN QUESTION.

IF WE DO NOT RECEIVE A RESPONSE TO THIS LETTER ON OR BEFORE THE ABOVE DATE, WE WILL ASSUME THE RECORD IS CORRECT.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL THE ABOVE LETTER AND ASK FOR MRS. MAYS.

United States Courts Southern
District of Texas
FILED

*September 27, 2021*

Nathan Ochsner, Clerk of Court

√ AGREE: AGREE_____  OR  DISAGREE: _____

SIGNATURE: Kenneth a. Benjamin   DATE: MAR 21, 2013

2/2