United States District Court
Southern District of Texas
**ENTERED**
November 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH W. BENJAMIN, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00214 |
| | § | |
| THE BANK OF NEW YORK MELLON | § | |
| FKA THE BANK OF NEW YORK, AS | § | |
| TRUSTEE (CWALT 2005-J2), | § | |
| BAYVIEW LOAN SERVICING, LLC, | § | |
| HUGHES WATTERS ASKANASE, LLP | § | |
| & RACHEL DONNELLY, | § | |
| Defendants | § | |

**ORDER ON AGREED MOTION TO ABATE THE TRIAL SETTING AND PRE-TRIAL DEADLINES PENDING A RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR CONTINUANCE OF TRIAL SETTING AND DEADLINES**

CAME ON FOR CONSIDERATION the *Agreed Motion to Abate the Trial Setting and Pre-Trial Deadlines Pending a Ruling on Defendants' Motion for Summary Judgment, or in the Alternative, for Continuance of Trial Setting and Deadlines* (the "**Motion**") of Defendants The Bank of New York Mellon f/k/a The Bank of New York, as Trustee (CWALT 2005-J2) ("***BONYM***"), Bayview Loan Servicing, LLC ("***Bayview***") (collectively, "***Defendants***") and Plaintiff Kenneth Benjamin ("***Plaintiff***"). The Court, having considered the Motion finds as follows. It is,

ORDERED that the Motion is GRANTED. It is further,

ORDERED that all pending deadlines are hereby abated until the Court issues a ruling on the pending motion for summary judgment. ~~Or in the alternative,~~

1

~~ORDERED that all deadlines contained~~ in the Docket Control Order (Doc. 87) are ~~continued until _____, 2022.~~

SIGNED this 16th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE